1  Jagdip Singh Sekhon, Esq.
    SEKHON & SEKHON
2  601 Montgomery Street  Suite 402
    San Francisco, CA  94111-2607
3  Telephone: (415) 394-1290
    Facsimile: (415) 394-1293
4

5
    Attorney for *ADINA NASUI and JOHN NASUI*.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  ADINA NASUI and JOHN NASUI,      ) NO. 2:06-CV-00524-DEL-KIM
                                      )
12                                    )
            Petitioners & Plaintiffs, )
13                                    )
            v.                        )
14                                    )
                                      )
15  MICHAEL CHERTOFF, Secretary of   )
    the United States Department of  ) **PETITIONERS' MOTION TO DISMISS**
16  Homeland Security; DAVID STILL,  )
    San Francisco District Director  )
17  of Bureau of Citizenship &       )
    Immigration Services; SUSAN M.   )
18  CURDA, Officer in Charge of      )
    Bureau of Citizenship and        )
19  Immigration Services Sacramento  )
    Sub Office; BARBARA J. CALHOUN,  )
20  Adjudications Officer for the    )
    Bureau of Citizenship and        )
21  Immigration Service,             )
                                      )
22                                    )
                                      )
23        Defendants & Respondents.   )

24

25

26

27

28

                                1

1
2
3
4

   Through their undersigned counsel, petitioners JOHN NASUI
and ADINA NASUI, hereby move the Court to dismiss their pending
petition for writ of mandamus.  Respondents are unopposed to the
motion.

5
6
7
8

   The motion is based on the grounds that respondents have
granted petitioners the relief sought through their petition. The
petition is thus moot. Accordingly, dismissal is warranted.

9
10
11
12
13
14
15
16
17

DATED:      October 13, 2006
            San Francisco, Ca

                              Respectfully submitted,


                              /s/Jagdip Singh Sekhon
                              Jagdip Singh Sekhon
                              601 Montgomery Street  Suite 402
                              San Francisco, Ca  94111-2607
                              Telephone:  (415) 394-1290
                              Facsimile:  (415) 394-1293

                              Attorney for ADINA & JOHN NASUI

18
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

Petitioners' writ of mandamus is dismissed as moot.

DATED:     October 24, 2006

DAVID F. LEVI
UNITED STATES DISTRICT COURT JUDGE

3

**NASUI V. DHS et al.**
**02:06-CV-00524-DEL-KJM**

### PROOF OF SERVICE

I, Jagdip Singh Sekhon, hereby declare as follows:

I am over the age of eighteen and I am presently employed at 601 Montgomery Street, Suite 402, in the City and County of San Francisco.

I personally served the following *MOTION TO DISMISS* on:

Audrey B. Hemesath, Special Assistant
Office of the United States Attorney
501 "I" Street   Suite 10-100
Sacramento, Ca   95814

I, Jagdip Singh Sekhon, declare under the penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on October 13, 2006, in San Francisco, California.

/s/Jagdip Singh Sekhon
Jagdip Singh Sekhon